# VAN DUYNE, BRUNO & CO., P.A.
18 HOOK MOUNTAIN ROAD, STE 202
PO BOX 896
PINE BROOK, NJ 07058
973-808-1445

J. CIOFFI LEASING & TRUCKING CO. INC.
60 MINUE STREET
CARTERET, NJ 07008

Invoice No. 19249
Date        07/26/2017
Client No.  13-3463750

---

Professional services rendered:

| | | |
|---|---|---|
| Preparation of 2016 S Corporation returns | 10 hours | $2,550.00 |
| Less Courtesey | | (420.00) |
| | | $2,680.00 |

# VAN DUYNE, BRUNO & CO., P.A.
## 18 HOOK MOUNTAIN ROAD, STE 202
## PO BOX 896
## PINE BROOK, NJ 07058
## 973-808-1445

J. CIOFFI LEASING & TRUCKING CO. INC.
60 MINUE STREET
CARTERET, NJ 07008

Invoice No. 19261
Date      07/31/2017
Client No.  13-3463750

---

Professional services rendered:

| | |
|---|---:|
| Preparation of 2014 corporation income tax returns | $350.00 |
| 2012 & 2013 corporation returns  ( 2 returns @ $250 each) | 500.00 |
| | 850.00 |
| Processing fee | 125.00 |
| | 975.00 |
| | |
| Preparation of 2015 corporation income tax return | 450.00 |
| Tax processing fee | 135.00 |
| | 585.00 |
| | |
| | $1,560.00 |

Returns processed as a flat rate fee
Total hours to process all returns - 5.5 hours

# VAN DUYNE, BRUNO & CO., P.A.
### 18 HOOK MOUNTAIN ROAD, STE 202
### PO BOX 896
### PINE BROOK, NJ 07058
### 973-808-1445

J. CIOFFI LEASING & TRUCKING CO. INC.
60 MINUE STREET
CARTERET, NJ 07008

Invoice No. 18976
Date      05/23/2017
Client No.   13-3463750

---

Professional services rendered:

In connection with the preparation of monthly operating report for April 2017

|  |  |
|---|---|
| 1.75 hrs @ $310 | $542.50 |
| Less Courtesy | (42.50) |
|  | $500.00 |

# VAN DUYNE, BRUNO & CO., P.A.
### 18 HOOK MOUNTAIN ROAD, STE 202
### PO BOX 896
### PINE BROOK, NJ 07058
### 973-808-1445

J. CIOFFI LEASING & TRUCKING CO. INC.
60 MINUE STREET
CARTERET, NJ 07008

Invoice No. 19115
Date      06/26/2017
Client No.  13-3463750

---

Professional services rendered:

In connection with the preparation of monthly operating report for May 2017

| | | |
|---|---|---|
| | 2.30 hrs @ $310 | $775.00 |
| | Less Courtesy | (25.00) |
| | | $750.00 |

# VAN DUYNE, BRUNO & CO., P.A.
### 18 HOOK MOUNTAIN ROAD, STE 202
### PO BOX 896
### PINE BROOK, NJ  07058
### 973-808-1445

J. CIOFFI LEASING & TRUCKING CO. INC.
60 MINUE STREET
CARTERET, NJ  07008

Invoice No. 19260
Date       07/31/2017
Client No.  13-3463750

---

Professional services rendered:

In connection with the preparation of monthly operating report for June 2017

|  |  |
|---|---|
| 2.5 hrs @ $310 | $775.00 |
| Less Courtesy | (25.00) |
|  | $750.00 |