**Scura, Wigfield, Heyer, Stevens & Cammarota, LLP**
1599 Hamburg Tpk
Wayne, NJ 07470
973-696-8391
973-696-8571

Invoice submitted to:
 J Cioffi Leasing & Trucking, Inc.
 Joseph Cioffi
 60-62 Minue Street
 Carteret, NJ 07008

November 7, 2017

Case # 80123

Invoice # 43003

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/13/2017 | CM | Spoke to Chris B and David Sklar re: drafting of emergent petition. Received information from clients and drafted emergent petition. | 1.50 150.00/hr | 225.00 |
| | CM | Communicated with client re: information needed to complete emergent petition. | 0.20 150.00/hr | 30.00 |
| | CM | Communicated with client re: information needed to complete emergent petition. | 0.20 150.00/hr | NO CHARGE |
| | CM | Forwarded emergent petition to Chris B for review. Made final changes as requested. | 0.20 150.00/hr | NO CHARGE |
| | CM | Drafted first day motion re: motion for continuation of utilities | 2.10 150.00/hr | 315.00 |
| | CM | Drafted first day motion re: motion for payment of pre-petition insurance policies. | 2.50 150.00/hr | 375.00 |
| | CM | Drafted first day motion re: application for expedited hearing and proposed order. | 0.70 150.00/hr | NO CHARGE |
| | CB | Meeting with client to review prepared emergent petition. Discussed case strategy. Discussed which first day motions are needed with CM | 0.50 375.00/hr | 187.50 |
| 3/14/2017 | CB | Final review of emergent petition prior to filing. Discussion with CM regarding filing case and notifying state court on LL/T matter | 0.30 375.00/hr | 112.50 |
| | JBE | Minor revisions to emergent petition. Filed saved, paid filing fee and saved Notice of filing to server. Corresponded with CB re. case filed. | 0.50 150.00/hr | 75.00 |

J Cioffi Leasing & Trucking, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/14/2017 | CB | Discussion with JES/CM regarding filing of emergent.  Email to Glenn and Lucy.  Call to client to confirm case has been filed.  Discussion with CM regarding first day motion.  Calls to court regarding filing of BK.  Emails to adversary | 0.60 375.00/hr | 225.00 |
| 3/15/2017 | CB | Discussion with CM regarding notifying state court that LL/T hearing is stayed | 0.20 375.00/hr | 75.00 |
| | CM | Communicated with Chris B re: notifying court in state court action of bankruptcy filing. | 0.10 150.00/hr | NO CHARGE |
| | CM | Drafted letter and notice of bankruptcy filing re: notifying court in state court action of bankruptcy filing. | 0.60 150.00/hr | 90.00 |
| | CM | Communicated with middlesex county court re: notifying court in state court action of bankruptcy filing. | 0.20 150.00/hr | 30.00 |
| | CM | Proof read and finalized first day motion re: motion for continuation of utilities. Made final changes and forwarded to Chris B for review. | 1.50 150.00/hr | 225.00 |
| | CM | Went through docket and diaried important dates for small business chapter 11. | 0.20 150.00/hr | NO CHARGE |
| | TA | Paralegal- Set up New Client File. Enter Client Information Into Time Matters & Time Slips. | 0.50 150.00/hr | NO CHARGE |
| | CB | Reviewed UCC Report with CM.  Discussed potential leasehold and other secured debts that have been paid | 0.30 375.00/hr | 112.50 |
| | CB | Reviewed State Court Order staying LL/T action due to BK | 0.10 375.00/hr | 37.50 |
| | CM | Proof read and finalized first day motion re: payment of prepetition insurance. Made final changes and forwarded to Chris B for review. | 1.50 150.00/hr | NO CHARGE |
| | CM | Drafted first day motion and proposed order re: motion for use of cash collateral. | 2.10 150.00/hr | NO CHARGE |
| | CM | Spoke to client re: secured parties named on UCC search. | 0.20 150.00/hr | 30.00 |
| | CM | Spoke to client re: certificate of insurances naming the office of the trustee as certificate holder. | 0.20 150.00/hr | 30.00 |
| | CM | Spoke to client re: drafting of cash flow budget needed for cash collateral motion. | 0.20 150.00/hr | 30.00 |
| 3/16/2017 | CM | Drafted certification of Joseph Cioffi in support of application for hearing on expedited first day matters; motion for use of cash collateral; motion for continuation of utilities; and motion for payment of pre-petition insurance policies | 2.10 150.00/hr | 315.00 |

J Cioffi Leasing & Trucking, Inc.                                                                      Page      3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/16/2017 | CM | Proof read certification of Joseph Cioffi in support of first day motions. Made final changes and corrections. Forwarded to Chris B for review. | 0.40 150.00/hr | 60.00 |
|  | CM | Reviewing De Lage Landen lease for two warehouse forklifts. | 0.30 150.00/hr | 45.00 |
|  | CM | Went through missing schedules and made note of the documents and information needed from client. | 1.10 150.00/hr | 165.00 |
| 3/17/2017 | CB | Reviewed and revised Application for Retention | 0.30 375.00/hr | 112.50 |
|  | AS | Review, filing and service of Retention Application for Scura,Wigfield, Heyer, Stevens & Cammarota | 1.20 150.00/hr | 180.00 |
|  | CB | Began reviewing First Day Motions.  Discussed with CM | 0.40 375.00/hr | 150.00 |
| 3/20/2017 | CM | Contacted client's secretary re: status of cash flow budget projection for cash collateral motion. | 0.10 150.00/hr | 15.00 |
|  | CM | Contacted client re: cash flow budget projection for cash collateral motion and estimated monthly income. | 0.10 150.00/hr | NO CHARGE |
|  | CM | Drafted amendment to schedule D and F. Forwarded to client for execution. | 0.80 150.00/hr | 120.00 |
|  | CM | Continued drafting missing schedules. Made note of documents and information missing. | 1.50 150.00/hr | 225.00 |
| 3/21/2017 | CM | Spoke to David re: status of chapter 11 case and what chapter 11 case is about. | 0.20 150.00/hr | NO CHARGE |
|  | CM | Contacted client re: status of cash flow budget needed for cash collateral motion. | 0.10 150.00/hr | 15.00 |
|  | DES | Communication within firm concerning client case status and case strategy | 0.10 375.00/hr | 37.50 |
|  | CB | Discussion with CM regarding cash flow budget issues | 0.30 375.00/hr | 112.50 |
|  | CM | Finalized and prepared cash collateral motion; motion for continuation of utilities; motion for payment of pre-petition insurance policies; and application for consideration of first day matters. Contacted chambers and forwarded order scheduling hearing date. | 2.30 150.00/hr | NO CHARGE |
|  | AS | Updated Budget Cash Flow and reviewed prior to handing to Carlos | 0.30 150.00/hr | 45.00 |

J Cioffi Leasing & Trucking, Inc.

Page    4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/21/2017 | CM | Spoke to Chris B re: issues with projected cash flow for cash collateral motion. | 0.10 150.00/hr | 15.00 |
| | CM | Spoke to client re: issues with projected cash flow for cash collateral motion. | 0.10 150.00/hr | 15.00 |
| | CM | Received amended schedules executed by client. Finalized and prepared for filing. Filed with court. | 0.60 150.00/hr | 90.00 |
| | CB | Reviewed rest of First Day Motions including Motion for Cash Collateral, Motion for Utilities, Motion for Pre-Petition Payment of Insurance Policies, Cert. of Principal, and Application for Expedited Matters | 0.70 375.00/hr | 262.50 |
| 3/22/2017 | CM | Completed missing schedules and made note of additional information needed from client. Contacted client regarding missing information for the filing of missing schedules. | 2.80 150.00/hr | 420.00 |
| | CM | Spoke to chambers re: scheduling of first day motions. Spoke to Chris B about the same. | 0.20 150.00/hr | 30.00 |
| | CB | Discussion with CM regarding scheduling of first day motions hearing | 0.10 375.00/hr | 37.50 |
| | CM | Preparing service list and motions for service. Drafted enclosing letters and directed staff to mail out first day motion packages. | 0.90 150.00/hr | 135.00 |
| | AS | Service of Motion to Continue Utilities and Insurance Policies via Fed/Ex Overnight | 1.50 150.00/hr | 225.00 |
| | AS | Drafted Certificate of Service for Motion for Insurance Policies. | 0.40 150.00/hr | 60.00 |
| | DES | Communication within firm concerning case issues | 0.10 375.00/hr | 37.50 |
| 3/23/2017 | CM | Communicated with Alex and directed him to draft and file letter of compliance re: order amending schedules - and to serve on De Lage Landen. | 0.20 150.00/hr | NO CHARGE |
| | CM | Spoke to client re: certificate of insurances. | 0.20 150.00/hr | 30.00 |
| | DES | Communication with creditor's attorney concerning case issues; communication within firm concerning case status | 0.20 375.00/hr | 75.00 |
| | CM | Drafted statement of financial affairs and made notes of information needed from the client to complete statement of financial affairs and missing schedules. | 1.70 150.00/hr | 255.00 |
| | CB | Call with attorney for the LL, Robert Nies, Esq. regarding subdivision of leased space | 0.30 375.00/hr | 112.50 |

J Cioffi Leasing & Trucking, Inc.

Page    5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/24/2017 | CM | Spoke to Alex re: service of first day motions via FedEx overnight. | 0.20<br>150.00/hr | NO CHARGE |
| | CM | Finalized certificate of service for first day motions re: cash collateral, insurances, and continuation of utilities. Filed with court. | 0.60<br>150.00/hr | 90.00 |
| | AS | Email Correspondence of First Day Motions to Francis and Robert as csglaw.com | 0.20<br>150.00/hr | 30.00 |
| | DES | Communication within firm concerning US Trustee review of order | 0.20<br>375.00/hr | 75.00 |
| | CB | Various emails with Columbia Bank attorney, B. Gordon, Esq., and UST, J. Sponder, Esq. regarding First Day Motions, proposed amendments, and upcoming hearing on Tuesday.  Discussed with DES | 0.40<br>375.00/hr | 150.00 |
| 3/27/2017 | DES | Communication within firm concerning first day motions, case strategy and creditor objection | 0.40<br>375.00/hr | 150.00 |
| | CM | Spoke to Chris B re: objection to motion for payment of pre-petition insurances. | 0.30<br>150.00/hr | 45.00 |
| | CM | Spoke to client re: objection to motion for payment of pre-petition insurances and cash collateral motion. Requested finance agreement from client and forwarded the same to Chris B. | 0.30<br>150.00/hr | 45.00 |
| | CB | Plan and prepare for expedited first day matters, scheduled for tomorrow.  Revised Cash Collateral Order, discussed issues with CM, calls with B. Gordon, Esq. of Columbia Bank, and emails with UST J. Sponder, Esq.  Time includes review of Objection filed by CenterPoint Minue | 1.90<br>375.00/hr | 712.50 |
| | CM | Contacted client re: information needed for missing schedules | 0.30<br>150.00/hr | 45.00 |
| 3/28/2017 | CM | Communicated with client re: certificates of insurance. | 0.10<br>150.00/hr | 15.00 |
| | CM | Received additional information from client to complete missing schedules. Input new information onto missing schedules. Made note of information missing and requested the same from client. | 0.80<br>150.00/hr | 120.00 |
| | CB | Drive to and from Trenton for First Day Motions hearings | 2.00<br>187.50/hr | 375.00 |
| | CB | Court appearance at First Day Motions hearings | 0.70<br>375.00/hr | 262.50 |
| 3/29/2017 | CM | Communicated with client re: initial debtor interview and documents requested by the office of the trustee. | 0.20<br>150.00/hr | 30.00 |

J Cioffi Leasing & Trucking, Inc.

Page    6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/29/2017 | CM | Contacted office of the trustee re: updated certificates of insurances as requested. Forwarded the same to bankruptcy analyst. | 0.20<br>150.00/hr | 30.00 |
| | CM | Input and finalized information on statement of financial affairs. Reviewed schedules before submitting missing schedules to attorney for final review. | 1.60<br>150.00/hr | 240.00 |
| | DES | Communication within firm concerning hearing and case strategy going forward | 0.30<br>375.00/hr | 112.50 |
| | CM | Met with Chris B to go over outcome of hearing re: first day motions. | 0.30<br>150.00/hr | 45.00 |
| | AS | Amendment to Statement of Financial Affiars on Best Case regarding Preference Payments | 0.30<br>150.00/hr | 45.00 |
| | CM | Drafted application to extend time to file missing schedules and proposed order. Forwarded to Chris B for review. Made final changes and filed with court. | 2.20<br>150.00/hr | 330.00 |
| | CM | Made additional changes to statement of financial affairs and other missing schedules. Forwarded to Chris B for review. Made additional changes and filed with court. | 0.70<br>150.00/hr | 105.00 |
| | CM | Spoke to client and requested from client following documents: balance sheet, statement of operations, cash flow statement. | 0.10<br>150.00/hr | 15.00 |
| | CB | Review of missing schedules as well as Motion to Extend Time to file Missing Schedules.  Discussed with CM these filings plus Affidavit which is needed for explanation of businesses | 0.60<br>375.00/hr | 225.00 |
| 3/31/2017 | CB | Telephone call with client to discuss LL negotiations | 0.30<br>375.00/hr | 112.50 |
| | CB | Reviewed Debtor Principal Certification regarding business interests | 0.30<br>375.00/hr | 112.50 |
| | DES | Communication within firm concerning case status and insurance issues; review case filings | 0.10<br>375.00/hr | 37.50 |
| 4/3/2017 | CM | Received notification of filing error. Refiled 2015 tax returns. | 0.20<br>150.00/hr | 30.00 |
| | AS | Letter of Compliance for DeLage Landen Financial Services | 0.50<br>150.00/hr | 75.00 |
| | AS | Drafting of Application, Certification, and Proposed Order for Retention of Accountant | 0.50<br>150.00/hr | 75.00 |
| | CB | Discussion with CM regarding status of amended Cash Flow as well as status of DIP accounts | 0.20<br>375.00/hr | 75.00 |

J Cioffi Leasing & Trucking, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/3/2017 | CM | Spoke to Chris B. re: amendment of cash flow analysis. Spoke to client about information needed to update cash flow analysis. Updated cash flow, saved to server, and forwarded to Chris B. for final review. | 1.80 150.00/hr | 270.00 |
| | CB | Reviewed revised Cash Flow Projection. Discussed with CM | 0.40 375.00/hr | 150.00 |
| | CB | Revised Cash Collateral Order and circulated to all parties, prior to docketing | 0.40 375.00/hr | 150.00 |
| | CB | Eml with J. Piper of HiTech Assets regarding sale of IT equipment of client | 0.10 375.00/hr | 37.50 |
| | CM | Began drafting motion to continue using bank accounts. | 1.40 150.00/hr | 210.00 |
| 4/4/2017 | CM | Reviewed application to retain accountant. Made necessary corrections and forwarded to client for execution. | 0.30 150.00/hr | 45.00 |
| | CM | Spoke to Chris B about motion to maintain bank accounts and other issues with bankruptcy case. | 0.20 150.00/hr | 30.00 |
| | AS | Filing of Retention Application for Anthony Bruno.  Drafted Certificate of Service and served upon all Creditors. | 0.90 150.00/hr | 135.00 |
| | CB | Discussion with all interested parties regarding revised CC Order. Discussion with CM regarding line of questioning that needs to be answered regarding Cargo Logistics, in advance of tomorrow's hearing | 0.40 375.00/hr | 150.00 |
| | CM | Continued drafting motion to maintain bank accounts and proposed order. | 3.50 150.00/hr | 525.00 |
| | CM | Contacted client re: status of certificate of insurance. | 0.10 150.00/hr | NO CHARGE |
| | CM | Contacted client 2nd time re: status of certificate of insurance. | 0.10 150.00/hr | 15.00 |
| | CM | Spoke to client about reasons as to why it would be difficult to close pre-petition bank accounts and open new debtor in possession bank accounts. | 0.20 150.00/hr | 30.00 |
| | CM | Spoke to Chris re: status of case and issues pertaining to hearing on First Day Motions. | 0.30 150.00/hr | 45.00 |
| | CM | Communicated with office of the trustee re: updated certificate of insurances. | 0.10 150.00/hr | 15.00 |
| 4/5/2017 | CM | Spoke to Lucy re: status of insurances and additional questions asked by opposing counsel. | 0.50 150.00/hr | 75.00 |

J Cioffi Leasing & Trucking, Inc.                                                                    Page      8

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/5/2017 | CM | Spoke to Chris B re: status of insurances and answers to additional questions asked by opposing counsel. | 0.20 150.00/hr | 30.00 |
| | CM | Conference call with Alex S. re: updating cash flow budget. Directed Alex to finalize budget and forward to Chris B. for review. | 0.20 150.00/hr | NO CHARGE |
| | AS | Updated Budget Cash Flow as per Chris instructions. Saved to server for review prior to filing. | 0.30 150.00/hr | 45.00 |
| | AS | Communication with Carlos and Chris. Amended Updated Budget Cash Flow per the Rent. | 0.20 150.00/hr | 30.00 |
| | CM | Amended voluntary petition page. Sent to client for execution. Received from client and filed with court. | 0.40 150.00/hr | 60.00 |
| | CM | Drafting certification of Joseph Cioffi in support of motion to maintain bank accounts. | 1.70 150.00/hr | 255.00 |
| | CB | Drive to and from Trenton for First Day Motions | 3.00 187.50/hr | 562.50 |
| | CB | Court appearance on First Day Motions | 0.90 375.00/hr | 337.50 |
| | CB | Plan and prepare for First Day Motions. Time includes discussion with CM and revisions to Interim Order and Budget and circulation between interested parties | 1.40 375.00/hr | 525.00 |
| 4/6/2017 | CM | Forwarded operating packet to client. Contacted client and went over initial debtor interview and coordinating with client on how to conduct telephonic conference. | 0.20 150.00/hr | 30.00 |
| | DES | Communication within firm concerning hearings and case strategy | 0.20 375.00/hr | 75.00 |
| | CM | Spoke to Chris B. re: outcome of hearings on first day matters. | 0.20 150.00/hr | 30.00 |
| | CM | Spoke to Chris B. re: outcome of initial debtor interview. | 0.20 150.00/hr | 30.00 |
| | CM | Communicated with client re: outcome of initial debtor interview and additional documents requested by office of the trustee. | 0.20 150.00/hr | 30.00 |
| | CB | Telephonic appearance at IDI | 0.80 375.00/hr | 300.00 |
| | CB | Revised Cash Collateral Order and Budget in accordance with yesterday's hearing. Emailed to Chambers | 0.40 375.00/hr | 150.00 |
| 4/12/2017 | DES | Communication within firm concerning case strategy and issues with landlord | 0.30 375.00/hr | 112.50 |

J Cioffi Leasing & Trucking, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/12/2017 | CM | Spoke to Chris B and David Sklar re: status of rent payment to landlord and other bankruptcy related issues. | 0.20<br>150.00/hr | 30.00 |
| 4/13/2017 | CM | Drafted withdrawal of motion to pay pre-petition insurance. Filed with court. | 0.50<br>150.00/hr | 75.00 |
| | CM | Requested telephonic hearing through court solutions. Contacted chambers about the same. | 0.20<br>150.00/hr | 30.00 |
| 4/17/2017 | DES | Communication within firm concerning upcoming hearing and case strategy; revise motion to implement joint bank accounts | 0.70<br>375.00/hr | 262.50 |
| | CM | Went through file in preparation for 341a meeting of creditors. Scanned petition pages and requested originals from client. | 0.50<br>150.00/hr | 75.00 |
| 4/18/2017 | DES | Telephonic status conference; communication within firm; appearance at telephonic hearing; communication within firm concerning same | 1.30<br>375.00/hr | 487.50 |
| | CM | Communicated with David Sklar re: status of case in preparation for status conference. | 0.30<br>150.00/hr | 45.00 |
| | CM | Spoke to client re: original petition being overnighted and changes to certificate of insurance. | 0.30<br>150.00/hr | 45.00 |
| | CM | Diaried deadline to file first interim fee application. | 0.10<br>150.00/hr | NO CHARGE |
| | CM | Spoke to David Sklar re: outcome of telephonic status conference. | 0.20<br>150.00/hr | 30.00 |
| | CM | Finalized revisions as directed by David Sklar. Prepared motion for filing. | 0.60<br>150.00/hr | 90.00 |
| 4/19/2017 | CM | Spoke to David Sklar re: 341a meeting of creditors. | 0.10<br>150.00/hr | 15.00 |
| | CM | Spoke to client re: confirm client's appearance at 341a meeting of creditors. Spoke to client's secretary regarding address where 341a will be held. | 0.20<br>150.00/hr | 30.00 |
| | AS | Preparation of File prior to 341 Hearing.  Obtained Original Signatures | 0.30<br>150.00/hr | 45.00 |
| | DES | Communication within firm concerning 341a hearing and motion to be filed | 0.10<br>375.00/hr | 37.50 |
| 4/20/2017 | CM | Made final changes and updates to motion to maintain pre-petition bank accounts. Finalized and filed with court. | 0.60<br>150.00/hr | 90.00 |
| | DES | Appearance at 341a hearing; communication within firm concerning same and case issues; preparation for 341a hearing; communication within firm and with creditor's attorney concerning | 2.00<br>375.00/hr | 750.00 |

J Cioffi Leasing & Trucking, Inc.                                                                                                Page    10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | case issues |  |  |
| 4/20/2017 | DES | Travel to and from 341a hearing | 2.90 187.50/hr | 543.75 |
| 4/21/2017 | CM | Prepared and finalized Statement of Financial Affairs. Forwarded to client for execution. | 0.50 150.00/hr | 75.00 |
|  | CM | Reviewed lease agreement Centerpoint to confirm that Joseph is not personally liable. | 0.30 150.00/hr | 45.00 |
|  | CM | Filed statement of financial affairs. | 0.20 150.00/hr | 30.00 |
| 4/24/2017 | CM | Spoke to David Sklar re: status of April rent payment | 0.10 150.00/hr | NO CHARGE |
|  | CM | Spoke to Chris B re: payment of April rent and amendment of cash collateral budget. Communicated with chambers to request telephonic appearance at hearing for final order re: cash collateral order. | 0.30 150.00/hr | 45.00 |
|  | CM | Made changes to cash flow budget. Spoke to client re: updating 1st month on cash flow budget and automatic withdrawals for Columbia Bank payment. | 1.10 150.00/hr | 165.00 |
|  | DES | Communication within firm concerning upcoming hearing, rent payment and associated case issues | 0.20 375.00/hr | 75.00 |
|  | CB | Began preparing for interim hearing on Cash Collateral Order, scheduled for tomorrow. Discussed case with CM regarding what is needed.  Emails back and forth with Gordon, Sponder, and Nies regarding April's rent as well as tomorrow's hearing | 0.70 375.00/hr | 262.50 |
| 4/25/2017 | CM | Spoke to client re: updating cash flow budget to reflect accurate numbers for 1st month. Made changes to cash flow and Forwarded to Chris B for review. Made final changes as requested by Chris B. | 1.50 150.00/hr | 225.00 |
|  | CM | Spoke to client re: shut off notice received from Elizabethtown Gas. Contacted Elizabethtown Gas to advise of bankruptcy filing. Spoke to client about the same. | 0.50 150.00/hr | 75.00 |
|  | CM | Drafted 362 letter and sent to Elizabethtown Gas via regular mail and fax to advise of bankruptcy filing. | 0.50 150.00/hr | 75.00 |
|  | CB | Receipt and review of AR and email discussion with Columbia Bank's attorney.  Receipt and review of updated BCF and discussed with CM.  Drafted First Order Continuing Interim Order on CC.  Emailed to Chambers and interested parties | 1.10 375.00/hr | 412.50 |
|  | CM | Communicated with client and requested accounts receivable as of filing date. | 0.10 150.00/hr | 15.00 |

J Cioffi Leasing & Trucking, Inc.                                                                 Page    11

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/25/2017 | CM | Forwarded Chris B information for telephonic appearance on final hearing on cash collateral motion. | 0.10 150.00/hr | 15.00 |
| | CM | Spoke to Alex S. re: retention of accountant and monthly operating reports. | 0.10 150.00/hr | 15.00 |
| | CB | Telephonic court appearance on Interim Order for Utilities and Interim Order on Cash Collateral.  Time includes wait time and conversations with CM regarding what is still needed | 0.70 375.00/hr | 262.50 |
| 4/27/2017 | CB | Eml from Columbia Bank attorney regarding NSF for rent check that is coming out of the payroll acct.  Email to CM to contact the client | 0.10 375.00/hr | 37.50 |
| | CM | Spoke to Chris B. re: issues with rent payment. | 0.20 150.00/hr | 30.00 |
| 4/28/2017 | CM | Spoke to Joseph re: issues with rental payment. Spoke to Chris B about the same. | 0.20 150.00/hr | 30.00 |
| 5/1/2017 | CM | Drafted final order re: motion for continuation of utilities. Finalized and forwarded to Chris B. for review. | 1.10 150.00/hr | 165.00 |
| 5/2/2017 | CM | Spoke to Chris B and David Sklar re: documents needed to be submitted to the office of the trustee. | 0.30 150.00/hr | 45.00 |
| | CM | Went through emails from Trustee requesting certain documents and information. Made list of all requests made by Trustee, documents to be amended and filed. | 0.60 150.00/hr | 90.00 |
| | CM | Drafted amended declaration of schedules page and disclosure of compensation. Forwarded to client for execution. | 0.60 150.00/hr | 90.00 |
| 5/3/2017 | DES | Review email from creditor; communication within firm concerning case status; | 0.60 375.00/hr | 225.00 |
| | CM | Spoke to David Sklar re: missed rent payment. | 0.20 150.00/hr | NO CHARGE |
| | CM | Spoke to client re: april and may rent payment | 0.10 150.00/hr | 15.00 |
| | CM | Spoke to Chris B. re: payment of april and may rent. | 0.20 150.00/hr | 30.00 |
| | CM | Prepared declaration of amended schedules and amended disclosure of attorney compensation for filing - filed with court. Forwarded filed documents to trustee's office. | 0.60 150.00/hr | 90.00 |
| | CB | Receipt and review of email from Nies regarding April Rent check bouncing.  Discussed with CM | 0.30 375.00/hr | 112.50 |

J Cioffi Leasing & Trucking, Inc.                                                                    Page    12

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/3/2017 | CB | Telephone call with Bruce Gordon and email with all interested parties regarding client working on replacing missed rent payments | 0.40 375.00/hr | 150.00 |
| 5/4/2017 | DES | Communication with attorneys in case concerning payment of April rent; communication within firm concerning same; review motion to convert chapter 11 bankruptcy case; communication within firm concerning case strategy | 0.70 375.00/hr | 262.50 |
| | CM | Spoke to client about April and May rent payment. Spoke to Chris B and David Sklar about the same. | 0.30 150.00/hr | 45.00 |
| | CM | Received April rent payment and forwarded to Chris B and David Sk. | 0.20 150.00/hr | 30.00 |
| | CM | Contacted client re: status of documents requested by trustee's office. | 0.20 150.00/hr | 30.00 |
| | CM | Spoke to client about reviewing centerpointe lease and option to sublease. | 0.10 150.00/hr | 15.00 |
| | CM | Reviewed centerpointe lease re: clause pertaining to subleasing of commercial space. | 0.60 150.00/hr | 90.00 |
| | CM | Reviewed motion to convert case to chapter 7 and saved to server. | 0.10 150.00/hr | 15.00 |
| | CB | Reviewed Application on Shorten Time for conversion of case. Discussed Opp with DES.  Time also includes discussion regarding rent payments that need replacing and to be made | 0.60 375.00/hr | 225.00 |
| 5/5/2017 | DES | Communication within firm concerning order shortening time and case strategy; review for proof of delivery | 0.20 375.00/hr | 75.00 |
| | CB | Recvd eml from R. Nies regarding Disclosure of Compensation. Responded accordingly | 0.10 375.00/hr | 37.50 |
| 5/8/2017 | DES | Communication within firm concerning upcoming motion strategy; review letter for filing | 0.30 375.00/hr | 112.50 |
| | CB | Revised Proposed Order for Motion to Maintain Existing Bank Accounts in accordance with UST proposed changes.  Discussed additions to UST's changes with J. Sponder via email | 0.50 375.00/hr | 187.50 |
| | CB | Drafted letter response to Order on shortened time regarding inadequate notice and compliance with the Order | 0.30 375.00/hr | 112.50 |
| 5/9/2017 | CM | Spoke to Chris B and David Sk. re: status of May and June rent payment and issues with service and order shortening time. | 0.40 150.00/hr | 60.00 |
| | AS | Phone Call to Anthony Bruno regarding Monthly Operating Reports. Obtained Small Business MOR pdf, and emailed to Anthony (CPA). | 0.20 150.00/hr | 30.00 |

J Cioffi Leasing & Trucking, Inc.                                                                                    Page     13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/9/2017 | CB | Reviewed letter to Judge filed by CenterPoint. Discussion with CM regarding conversations with client. Eml discussion with AS regarding MOR status and retaining accountant | 0.40<br>375.00/hr | 150.00 |
| 5/11/2017 | CM | Drafted certificate of service, verified service list and filed with court re: motion to maintain bank accounts. | 0.60<br>150.00/hr | 90.00 |
|  | CB | Telephone call with client to discuss May's payment and upcoming motion to convert | 0.30<br>375.00/hr | 112.50 |
| 5/15/2017 | DES | Communication within firm concerning case issues and upcoming hearing strategy | 0.20<br>375.00/hr | 75.00 |
|  | CB | Eml to client for copy of May rent payment. Discussed opposition with DES | 0.30<br>375.00/hr | 112.50 |
|  | CB | Drafted Opposition to Motion to Convert Case. Time includes review of motion, discussion with DES, emails with client (Lucy) regarding proof of May's payment, and emails to adversaries/interested parties with the proof | 1.40<br>375.00/hr | 525.00 |
| 5/16/2017 | CM | Filed certification in opposition to motion to convert | 0.20<br>150.00/hr | 30.00 |
|  | CM | Spoke to Chris B. re: May rent to Centerpointe and hearing on motion to convert. | 0.20<br>150.00/hr | 30.00 |
|  | CM | Spoke to Chris B re: hearing on motion to convert. | 0.10<br>150.00/hr | 15.00 |
|  | CB | Reviewed Final Order on Continuation of Utility Services. Submitted to Chambers via email | 0.30<br>375.00/hr | 112.50 |
|  | CB | Revised Interim Order on Cash Collateral. Submitted to Chambers and interested parties via email | 0.30<br>375.00/hr | 112.50 |
|  | CB | Prepared for hearing on Motion to Convert Case. Conducted case law research on standard. Emailed opposition to interested parties | 0.60<br>375.00/hr | 225.00 |
|  | CM | Spoke to client's secretary re: documents requested by the office of the trustee and still pending. | 0.20<br>150.00/hr | 30.00 |
|  | DES | Communication within firm concerning hearing on motion to convert or dismiss | 0.20<br>375.00/hr | 75.00 |
|  | CM | Spoke Chris B re: outcome of motion to convert case. Spoke to client about the same information. | 0.30<br>150.00/hr | 45.00 |
|  | CB | Drive to and from Trenton for Motion to Convert/Dismiss Case | 3.40<br>187.50/hr | 637.50 |

J Cioffi Leasing & Trucking, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/16/2017 | CB | Court appearance at Motion to Convert Case | 1.70 375.00/hr | 637.50 |
| 5/17/2017 | AS | Review of MOR's completed by CPA.  EMail Correspondence regarding Bank Statements to CPA. | 0.10 150.00/hr | 15.00 |
| | CM | Reviewed order authorizing client to maintain bank accounts and saved to server. | 0.10 150.00/hr | 15.00 |
| | DES | Communication within firm concerning motion; upcoming case strategy; review of MOR | 0.70 375.00/hr | 262.50 |
| | CM | Communicated with Chris B re: outcome of hearing on motion to convert case. | 0.10 150.00/hr | 15.00 |
| | CM | Contacted client to update budget cash flow analysis for hearing on cash collateral order. | 0.10 150.00/hr | 15.00 |
| | CB | Reviewed APOC filed by IRS which states 2016, 2017 corporate returns have not been filed and assesses FUTA liability | 0.20 375.00/hr | 75.00 |
| | CB | Discussion with DES regarding timing of Plan being filed, MOR draft received, and filing extension for exclusivity | 0.30 375.00/hr | 112.50 |
| 5/18/2017 | CM | Contacted client re: updating cash flow budget for hearing on final cash collateral order. | 0.20 150.00/hr | 30.00 |
| | AS | Review of MOR.  Chris Stated we needed more documentation for the Business.  Email to CPA of the Small Business MOR Packet. | 0.20 150.00/hr | 30.00 |
| | CM | Spoke to client to make changes and revisions to Month 2 of updated cash flow. | 0.70 150.00/hr | 105.00 |
| | AS | Phone Call with Tony Bruno regarding MOR. Will draft Profit and Loss and Reconciliation Detail | 0.20 150.00/hr | 30.00 |
| | CB | Reviewed MORs submitted by client and accountant.  Discussed with AS and CM what is still needed.  Time includes discussion with CM regarding status of CC Budget and email to interested parties on status | 0.70 375.00/hr | 262.50 |
| 5/19/2017 | CB | Reviewed updated Budget for Cash Collateral.  Discussed with CM. Emailed question to interested parties.  Also emailed R. Nies for breakdown of the pre-petition arrears that are owed | 0.50 375.00/hr | 187.50 |
| | CM | Spoke to Chris B. re: status of cash flow budget and other bankruptcy related issues. | 0.50 150.00/hr | 75.00 |
| 5/22/2017 | CB | Reviewed and revised Budget for Cash Collateral Motion, tomorrow. Also drafted Second Order.  Circulated to interested parties for comment, email with Chambers regarding other Order that is not | 0.80 375.00/hr | 300.00 |

J Cioffi Leasing & Trucking, Inc.

Page    15

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | yet entered, re-circulated to interested parties after revising based on comments received | | |
| 5/22/2017 | AS | Review of Excel Spreadsheets sent to me by CPA.  Needed on top of what we already had for the MOR's.  Email'd to Chris to try and see his point of view. | 0.10 150.00/hr | 15.00 |
| | CB | Eml to client regarding prospective contracts | 0.10 375.00/hr | 37.50 |
| | CM | Spoke to Chris B. re: status of case and hearing on final cash collateral hearing. | 0.20 150.00/hr | 30.00 |
| 5/23/2017 | CM | Spoke to client re: status of Heineken and Food Import contracts. Also spoke to clients about new contracts currently in place. | 0.20 150.00/hr | 30.00 |
| | CM | Spoke to Chris B. re: status of Heineken and Food Import contracts. Also spoke to clients about new contracts currently in place. | 0.10 150.00/hr | 15.00 |
| | CB | Discussion with all interested parties, client, and CM regarding status of prospective new clients.  Emails with Chambers and finalization of Order and Budget to have hearing marked resolved | 0.90 375.00/hr | 337.50 |
| | DES | Communication within firm concerning case status and strategy | 0.10 375.00/hr | 37.50 |
| 5/24/2017 | CM | Met with Chris B to go over final cash flow budget and other issues pertaining to bankruptcy case. | 0.60 150.00/hr | 90.00 |
| 6/1/2017 | CB | Eml with client regarding June Rent | 0.10 375.00/hr | 37.50 |
| 6/2/2017 | CB | Recvd proof of June Rent payment and tracking info. from client. Email to R. Nies to advise of the same | 0.20 375.00/hr | 75.00 |
| 6/5/2017 | CB | Eml with Nies regarding June Rent payment and breakdown of pre-petition arrears | 0.10 375.00/hr | 37.50 |
| 6/13/2017 | CB | Discussion with AS regarding updates to MORs, needed by CPA | 0.10 375.00/hr | 37.50 |
| 6/14/2017 | DES | Communication within firm concerning case status and strategy | 0.10 375.00/hr | 37.50 |
| 6/16/2017 | AS | EMail to CPA and Chris Balala regarding corrections needed for MOR and status of May MOR | 0.20 150.00/hr | 30.00 |
| | DES | Communication within firm concerning case status and review of proposed MORs; communication with accountant concerning MORs | 0.80 375.00/hr | 300.00 |
| | AS | Communication with David Sklar and Chris Balala pertaining to MOR's.  Errors with Formula regarding the MORs. | 0.20 150.00/hr | 30.00 |

J Cioffi Leasing & Trucking, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/16/2017 | CB | Emails with interested parties regarding upcoming status conference and MORs.  Reviewed updated MORs from accountant which are still inaccurate.  Discussed with DES and AS as well as CM to contact Lucy from client for information needed for CPA to complete | 0.50 375.00/hr | 187.50 |
| | AS | Review of MOR's and communication with Carlos regarding whats needed from Lucy | 0.40 150.00/hr | 60.00 |
| | CM | Spoke to Alex and Chris B re: status conference, issues with monthly operating reports, and other bankruptcy related issues. | 0.30 150.00/hr | 45.00 |
| | CM | Contacted client re: issues with operating reports. Directed client to contact CPA. | 0.20 150.00/hr | 30.00 |
| | CB | Reviewed revised MORs with DES.  Time includes call with A. Bruno. client's CPA | 0.70 375.00/hr | 262.50 |
| 6/19/2017 | CB | Emails with interested parties regarding telephonic appearance tomorrow.  Email with CPA and Lucy from Debtor regarding MORS | 0.20 375.00/hr | 75.00 |
| | CB | Eml to client and CPA regarding signing updated MORs | 0.10 375.00/hr | 37.50 |
| 6/20/2017 | AS | PDF Excel Sheets and Reviewed May Monthly Operating Report | 0.20 150.00/hr | 30.00 |
| | DES | Communication within firm concerning status conference and case strategy | 0.10 375.00/hr | 37.50 |
| | CB | Telephonic court appearance at Status Conference, long wait time, and email discussions with Trustee and CM regarding what is still needed from IDI hearing | 1.70 375.00/hr | 637.50 |
| | CB | Reviewed April and May prepared MORs, prior to filing | 0.70 375.00/hr | 262.50 |
| 6/21/2017 | CM | Spoke to Chris B. re: outcome of status conference. | 0.10 150.00/hr | 15.00 |
| | CM | Received email from trustee's office regarding information requested by trustee. Went through documents in client's file. Contacted account for documents. | 0.60 150.00/hr | 90.00 |
| | CM | Spoke to client's secretary re: updating cash collateral budget for month 3 | 0.10 150.00/hr | 15.00 |
| | CB | Discussion with CM regarding amended Budget for CC Order as well as main contact person's departure from the Debtor | 0.20 375.00/hr | 75.00 |
| 6/23/2017 | CB | Eml to Lucy for amended Budget, in advance of CC hearing | 0.10 375.00/hr | 37.50 |

J Cioffi Leasing & Trucking, Inc.

Page 17

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/23/2017 | CM | Spoke to client re: updating of income and expenses for interim cash flow budget. | 0.60 150.00/hr | 90.00 |
| | CM | Spoke to Chris B. re: hearing on interim cash collateral order and request for telephonic appearance. Went through court docket and 2nd amended cash collateral. Reviewed docket and order and scheduled telephonic hearing for hearing on continuation of cash collateral order | 0.50 150.00/hr | 75.00 |
| | CB | Review of Amended Budget on Cash Collateral, drafted Third Interim Order, reviewed revised budget after proposing changes to CM, and emailed all interested parties | 0.60 375.00/hr | 225.00 |
| 6/26/2017 | CB | Emails with interested parties and final email to Chambers regarding CC Hearing being OTBS and no appearances being needed.  Time also includes email with Columbia Bank's counsel regarding MORs | 0.40 375.00/hr | 150.00 |
| | CM | Contacted accountant to obtain documents requested by the office of the trustee. | 0.10 150.00/hr | 15.00 |
| | CM | Spoke to Chris B re: status of 3rd interim cash collateral order. | 0.10 150.00/hr | 15.00 |
| 6/27/2017 | CM | Spoke to chambers re: withdrawing of telephonic hearing. | 0.20 150.00/hr | 30.00 |
| 7/5/2017 | CB | Eml to client regarding July's rent payment | 0.10 375.00/hr | 37.50 |
| 7/7/2017 | DES | Communication within firm concerning case strategy | 0.10 375.00/hr | 37.50 |
| | CB | Another email to client regarding July rent and assumption deadline. Email and call to R. Nies for consensual extension of time to assume.  Began drafting Motion to Extend.  Discussion with GG | 0.60 375.00/hr | 225.00 |
| 7/10/2017 | DES | Communication within firm concerning case status and strategy | 0.10 375.00/hr | 37.50 |
| 7/12/2017 | CB | Drafted Motion to Extend Time to Assume or Reject Lease.  Time includes call with client and email and receipt of Cert. | 1.00 375.00/hr | 375.00 |
| | CB | Eml with B. Gordon regarding $1.2M in payables.  Discussed contacting CPA with AS | 0.10 375.00/hr | 37.50 |
| | CB | Eml with R. Nies regarding status of July's rent | 0.10 375.00/hr | 37.50 |
| | AS | Filed Motion to Extend Time to Assume or Reject Lease.  Drafted COS and filed via ECF. | 0.50 150.00/hr | 75.00 |

J Cioffi Leasing & Trucking, Inc.

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/13/2017 | AS | Email Correspondence to CPA regarding discrepancy within MOR | 0.10<br>150.00/hr | 15.00 |
| | AS | Service of Motion to Extend Time to Assume or Reject the Lease. | 0.60<br>150.00/hr | 90.00 |
| | CB | Review of email from CPA regarding A/P.  Email to Columbia Bank.<br>Email to client regarding proof of July's rent payment | 0.20<br>375.00/hr | 75.00 |
| | DES | Communication within firm concerning MOR | 0.10<br>375.00/hr | 37.50 |
| 7/17/2017 | CB | Eml with AS regarding obtaining June's MORs from the accountant | 0.10<br>375.00/hr | 37.50 |
| 7/18/2017 | AS | Email Correspondence with CPA>  Need March and April MOR<br>separate.  Emailed Packet to CPA for completion. | 0.10<br>150.00/hr | 15.00 |
| | CB | Email from LL's atty regarding July not being paid yet.  Email to<br>client's contacts.  Discussed with AS calling principal for status and<br>proof | 0.20<br>375.00/hr | 75.00 |
| 7/19/2017 | AS | Email to Zohaib regarding JUNE MOR and Phone Call to Client<br>regarding July Rent Payment | 0.20<br>150.00/hr | 30.00 |
| 7/21/2017 | CB | Recvd copy of July Rent payment, asked for tracking information.<br>Emailed proof to R. Nies, Esq. | 0.20<br>375.00/hr | 75.00 |
| | AS | Gathered All Documentation regarding June MOR from Tony Bruno<br>and Zohaib (Debtor's Receptionist | 0.20<br>150.00/hr | 30.00 |
| | DES | Communication within firm concerning case status | 0.10<br>375.00/hr | 37.50 |
| 7/26/2017 | AS | Communication with Clients Office Manager regarding outstanding<br>documents received and what is still needed. | 0.10<br>150.00/hr | 15.00 |
| | AS | Email with Jeffrey Sponder regarding Outstanding Documents and<br>provided what we had to him. | 0.20<br>150.00/hr | 30.00 |
| 7/27/2017 | CB | Reviewed June's MOR and discussed changes with AS | 0.30<br>375.00/hr | 112.50 |
| 7/28/2017 | AS | Upload of June 2017 MOR and email to CPA regarding March and<br>April seperate MOR | 0.40<br>150.00/hr | 60.00 |
| 7/31/2017 | CB | Worked on obtaining Cash Collateral Order.  Emails with<br>adversaries and discussion with staff.  Time includes review of<br>initial documentation provided by client | 0.40<br>375.00/hr | 150.00 |
| 8/1/2017 | DES | Communication within firm concerning case status and strategy | 0.10<br>375.00/hr | 37.50 |

J Cioffi Leasing & Trucking, Inc.                                                          Page     19

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2017 | CB | Worked on obtaining, and eventually receiving, amended Budget for Cash Collateral, Month 4.  Circulated to interested parties and answered questions regarding the same | 0.70 375.00/hr | 262.50 |
| | CB | Telephonic Court Appearance on Fourth Interim Order on Cash Collateral.  Time includes call with client's principal prior to the hearing to discuss August's Rent, status of assuming lease, and filing Plan to get out of BK.  Also discussed business specifics, current state of affairs, and hidden receiveables | 1.40 375.00/hr | 525.00 |
| | CB | Revised Order continuing cash collateral, circulated amongst parties, reviewed revised copy, submitted to chambers | 0.40 375.00/hr | 150.00 |
| 8/2/2017 | CB | Eml to client to explain rent must be paid by 8/8 or case will be dismissed or converted | 0.10 375.00/hr | 37.50 |
| 8/7/2017 | CB | Receipt and review of August Rent payment information, sent by client.  Circulated to interested parties | 0.20 375.00/hr | 75.00 |
| | DES | Communication within firm concerning case status | 0.10 375.00/hr | 37.50 |
| 8/8/2017 | DES | Communication within firm concerning upcoming hearing and case strategy | 0.10 375.00/hr | 37.50 |
| | CM | Reviewed debtor's docket and server file re: check status of last fee application and schedule filing of new fee application if within 120 day period. | 0.10 150.00/hr | 15.00 |
| 8/9/2017 | AS | Correspondence with United States Trustee and deliviering Certificate of Insurance, and Columbia Bank Statements. | 0.20 150.00/hr | 30.00 |
| 8/10/2017 | CB | Telephone call with R. Nies, Esq., counsel to LL, regarding resolving Tuesday's Motion to Extend Time to Assume Lease | 0.30 375.00/hr | 112.50 |
| 8/11/2017 | CB | Plan and prepare for motion to extend the deadline to assume or reject the lease, scheduled for Tuesday.  Time includes call with client to discuss settlement and email discussions with LL's attorney regarding client's offer | 1.00 375.00/hr | 375.00 |
| | CM | Spoke to Chris B. re: settlement negotiations with landlord's counsel and other bankruptcy related matters. | 0.20 150.00/hr | 30.00 |
| 8/14/2017 | CM | Spoke to client re: settlement options with Centerpoint. Spoke to Chris B about the same. | 0.30 150.00/hr | 45.00 |
| 8/15/2017 | DES | Communication within firm concerning hearing and case strategy | 0.20 375.00/hr | 75.00 |
| | CM | Spoke to Chris B re: outcome of motion to extend time to assume or reject lease. Discussed next steps in case. | 0.40 150.00/hr | 60.00 |

J Cioffi Leasing & Trucking, Inc.                                                                    Page    20

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/15/2017 | CM | Assisted Chris B by providing information needed for hearing on motion to extend assumption/rejection of leases. | 0.30<br>150.00/hr | 45.00 |
|  | CB | Drive to and from Trenton for Motion to Extend Time to Assume Lease hearing | 3.20<br>187.50/hr | 600.00 |
|  | CB | Court appearance at Motion to Extend Time to Assume Lease hearing | 0.80<br>375.00/hr | 300.00 |
| 8/17/2017 | CB | Reviewed and revised Order Extending Time to Assume Lease. Email discussion with objecting creditor, R. Nies | 0.30<br>375.00/hr | 112.50 |
| 8/18/2017 | CM | Made note on tasks to complete on chapter 11 case. | 0.10<br>150.00/hr | NO CHARGE |
| 8/25/2017 | AS | Email to Zohaib for July Bank Statement.  Email to CPA regarding Fee Application and Invoice needed. | 0.10<br>150.00/hr | 15.00 |
| 8/28/2017 | CB | Drafted letter to client as f/u for v/m left regarding hearing results from motion to assume lease hearing.  Emailed and gave to TA to overnight | 0.20<br>375.00/hr | 75.00 |
| 8/29/2017 | CB | Eml with UST regarding delinquent Dues | 0.10<br>375.00/hr | 37.50 |
|  | AS | Reviewed July 2017 MOR.  Redacted and handed to Chris for final review. | 0.30<br>150.00/hr | 45.00 |
|  | CB | Telephone call with client to discuss upcoming Rent deadline, making timely payment, and assuming lease vs. rejecting the same | 0.30<br>375.00/hr | 112.50 |
|  | CM | Contacted client and left voicemail. | 0.10<br>150.00/hr | NO CHARGE |
| 8/31/2017 | CB | Receipt and review of Sept. Rent and tracking information.  Email to LL's counsel | 0.20<br>375.00/hr | 75.00 |
|  | CM | Went through timeslips and changed codes to match court mandated codes re: drafting of fee application | 0.50<br>150.00/hr | NO CHARGE |
|  | CM | Calculated time based on timeslips and drafted fee applications and proposed order. | 1.80<br>150.00/hr | NO CHARGE |
| 9/1/2017 | AS | Review of Invoices from Tony Bruno (CPA).  Email to CPA regarding Invoices and who conducted work. | 0.20<br>150.00/hr | 30.00 |
|  | CM | Spoke to Chris B re: status of case and updated cash collateral order. | 0.20<br>150.00/hr | 30.00 |
|  | CM | Made changes and updated cash collateral order. | 1.10<br>150.00/hr | 165.00 |

J Cioffi Leasing & Trucking, Inc.                                                                              Page    21

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/5/2017 | AS | Email to Zohaib for Updated Cash Flow Projections | 0.10 150.00/hr | 15.00 |
| | CM | Spoke to Chris B. re: review of fee application | 0.10 150.00/hr | 15.00 |
| | CM | Spoke to Chris B. re: adjournment of status conference and motion for interim cash collateral order. | 0.10 150.00/hr | 15.00 |
| | CM | Drafted formal adjournment of status conference and motion for interim cash collateral order. Communicated with chambers re: adjournment. | 0.40 150.00/hr | 60.00 |
| | CM | Spoke to Linda re: fee app reports. | 0.10 150.00/hr | NO CHARGE |
| | CB | Secured adjournment to today's status conference and interim cash collateral hearings.  Emails with interested parties, discussion with CM.  Emails with AS regarding status of updated budget | 0.40 375.00/hr | 150.00 |
| 9/6/2017 | CM | Spoke to Chris B re: updating 5th interim cash collateral order | 0.20 150.00/hr | 30.00 |
| | CM | Updated 5th interim cash collateral order as per instructions of Chris B. Forwarded to CB for final review. | 0.80 150.00/hr | 120.00 |
| | CM | Received Order from Chris B re: Fifth Interim Cash Collateral Order - Made final changes as necessary. Forwarded to interested parties to consent to order. | 0.50 150.00/hr | 75.00 |
| 9/7/2017 | AS | Redacted and amended Budge Cash Flow V5.  Deleted and moved things in order to fit everything on 1 page. | 0.30 150.00/hr | 45.00 |
| | CM | Received and reviewed cash flow budget. Forwarded to Chris B. Readjusted the cash flow budget and forwarded to Chris B for final approval. | 0.60 150.00/hr | 90.00 |
| | CM | Spoke to opposing counsel re: updated cash flow budget. | 0.20 150.00/hr | 30.00 |
| 9/8/2017 | DES | Communication within firm concerning case strategy and extension of time | 0.10 375.00/hr | 37.50 |
| 9/12/2017 | AS | Obtained Court Solutions information for Christopher as he is working from home. | 0.10 150.00/hr | NO CHARGE |
| | CM | Spoke to Chris re: telephonic status conference and updating cash collateral budget. | 0.10 150.00/hr | 15.00 |
| | CB | Emails with R. Nies, B. Goedon, J. Sponder, and office staff regarding amending the budget and having Cash Collateral hearing marked OTBS | 0.30 375.00/hr | 112.50 |

J Cioffi Leasing & Trucking, Inc.                                                    Page    22

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/12/2017 | CB | Telephonic court appearance at status conference | 0.60<br>375.00/hr | 225.00 |
| 9/14/2017 | DES | Communication within firm concerning case status and strategy | 0.10<br>375.00/hr | 37.50 |
| 9/15/2017 | CM | Made changes to cash flow budget. Forwarded to Chris B for review. | 0.70<br>150.00/hr | 105.00 |
| 9/20/2017 | AS | Email to Zohaib and Tony Bruno for August MOR | 0.10<br>150.00/hr | 15.00 |
| 9/21/2017 | AS | Communication with Tony Bruno regarding Fee Application. Review of Invoices.  Emailed CPA copy of another companies FEE App for reference | 0.80<br>150.00/hr | 120.00 |
| 9/22/2017 | AS | Completed Drafting Fee Appliation for Tony Bruno.  Emailed to Tony for review and execution.  Needed Invoice Amended and can then file once returned. | 0.20<br>150.00/hr | 30.00 |
| 9/28/2017 | CB | Telephone call with Bruce Gordon and later in the day with client regarding upcoming deadlines | 0.30<br>375.00/hr | 112.50 |
| 9/29/2017 | CB | Receipt and review of October Rent checks.  email to Nies with checks and requesting updated payoff | 0.20<br>375.00/hr | 75.00 |
| 10/4/2017 | AS | Communication with CPA for MOR and Clients assistant for Return of Payroll | 0.20<br>150.00/hr | 30.00 |
| | CB | Sent another email to R. Nies, Esq. for breakdown of arrears owed to his client | 0.10<br>375.00/hr | 37.50 |
| | AS | Corrected First page of MOR to include date filed Bankruptcy Case number and signature. Emailed to Zohaib for hard copy of signature for July and August MOR | 0.20<br>150.00/hr | 30.00 |
| 10/5/2017 | AS | Received Signature Page for MOR. Filed July MOR via ECF. | 0.10<br>150.00/hr | NO CHARGE |
| | CB | Review of July and August MORs discussed issues with AS | 0.40<br>375.00/hr | 150.00 |
| 10/6/2017 | DES | Communication within firm concerning case status and strategy | 0.40<br>375.00/hr | 150.00 |
| | CB | Telephone calls with client regarding assuming lease, discussions with DES and GG regarding motion for post-petition financing and assuming the lease as well as payment by Tuesday and potential recourse by LL.  Email with LL's counsel regarding extension of time to assume | 1.40<br>375.00/hr | 525.00 |

J Cioffi Leasing & Trucking, Inc.

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/9/2017 | AS | Email to Zohaib to ensure headings are changed for August 2017 MOR | 0.10 150.00/hr | 15.00 |
| | CB | Telephone call with client to discuss paying LL arrears tomorrow with borrowed funds.  Reviewed CenterPoint POC | 0.30 375.00/hr | 112.50 |
| 10/10/2017 | AS | Email Correspondence with Zohaib regarding MOR and Reconciliation Report.  Amended MOR to include projections and employees and filed via ECF | 0.60 150.00/hr | 90.00 |
| | AS | Email to CPA for approval to file Fee Application for fees. | 0.10 150.00/hr | NO CHARGE |
| | AS | Email Correspondence with CPA.  Completed Fee App for CPA. Handed to Chris Balala for review. | 0.60 150.00/hr | 90.00 |
| | DES | Communication within firm concerning case status and strategy | 0.10 375.00/hr | 37.50 |
| | AS | Received Check for Motion to Assume Lease. Redacted, scanned and saved as Exhibit A | 0.10 150.00/hr | 15.00 |
| | AS | Filed Motion to Assume Lease. Missing Certification but will file tomorrow. | 0.20 150.00/hr | 30.00 |
| | CB | Drafted motion to assume lease.  Call with client's principal. Discussions with staff regarding filing.  Emails with client's principal's asst. | 1.80 375.00/hr | 675.00 |
| 10/11/2017 | AS | Communication with Client pertaining to Certification for Motion to assume lease.  Explained amount on check should suffice as that is whats claimed on the POC. | 0.20 150.00/hr | 30.00 |
| | AS | Filed Certification of Client for Motion to Assume Lease | 0.10 150.00/hr | 15.00 |
| | DES | Communication within firm concerning case strategy | 0.20 375.00/hr | 75.00 |
| 10/12/2017 | AS | Call to Joe Cioffi regarding check.  Need funds in our trust account as soon as possible. | 0.10 150.00/hr | 15.00 |
| 10/16/2017 | AS | Spoke to Joseph regarding check.  Bringing check in and will put into Trust acccount prior to hearing tomorrow. | 0.20 150.00/hr | 30.00 |
| | CB | Eml with UST regarding contribution from principal, parties regarding hearings tomorrow, review and respond with Z. Munir regarding amended budget for cash collateral | 0.40 375.00/hr | 150.00 |
| | AS | Completed Excel Sheet after Zohaib provided Budget Cash Flow. Corrected Projected values and added month 7 projected. Emailed to Chris | 0.50 150.00/hr | 75.00 |

J Cioffi Leasing & Trucking, Inc.                                           Page    24

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/16/2017 | CB | Telephone call with R. Nies to discuss attorney fees/late charges and agreeing to assume lease | 0.30 375.00/hr | 112.50 |
| 10/17/2017 | AS | Call to Joe regarding Columbia payments. Client is current. | 0.10 150.00/hr | 15.00 |
| | DES | Communication within firm concerning case status and strategy | 0.20 375.00/hr | 75.00 |
| | CB | Telephone call and emails with B. Gordon, Esq. regarding Columbia Bank loan maturing and payment of principal | 0.30 375.00/hr | 112.50 |
| | CB | Court appearance at Motion on Interim CC, Status Conference, and emergent request for conference from LL on Motion to Assume | 0.50 375.00/hr | 187.50 |
| | AS | Service of Motion to Assume Lease. | 0.90 150.00/hr | 135.00 |
| | AS | Amended Cash Collateral Order to send Month 5 to Court. | 0.20 150.00/hr | 30.00 |
| | CB | Drafted Orders for Fifth and Sixth Interim Orders Extending CC. Discussed changes to budget with AS. Email Fifth to Chambers | 0.40 375.00/hr | 150.00 |
| 10/19/2017 | CB | Eml with R. Nies and Bookkeeper regarding clearing of check | 0.10 375.00/hr | 37.50 |
| 10/20/2017 | CB | Eml to client regarding delinquent UST Fees | 0.10 375.00/hr | 37.50 |
| 10/23/2017 | AS | Drafted 6th Interim order Excel Sheet for Cash Collateral. Emailed to Chris | 0.20 150.00/hr | 30.00 |
| 10/27/2017 | AS | Filed Fee App for Van Duyne Bruno and CO. | 0.30 150.00/hr | NO CHARGE |
| | AS | Service of Notice of Fee Application to all Creditors for VanDuyne Bruno and Co Fee App | 0.70 150.00/hr | NO CHARGE |
| 10/30/2017 | CB | Receipt and review of UST Bill re: outstanding quarterly fees. Fwd. to Zo for payment | 0.10 375.00/hr | 37.50 |
| | DES | Communication within firm concerning case strategy concerning upcoming motion | 0.40 375.00/hr | 150.00 |
| | CB | Plan and prepare for Motion to Assume, scheduled for tomorrow. Several emails with LL's counsel, email to client, reviewed pleadings, conducted case law research on attorney fees for landlord as necessary debt that is required to be cured upon assumption | 1.50 375.00/hr | 562.50 |

J Cioffi Leasing & Trucking, Inc.                                                                                    Page     25

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/31/2017 | DES | Communication within firm concerning case status and strategy | 0.30 375.00/hr | 112.50 |
|  | CB | Court appearance on motion to assume the lease.  Eml update to client post-hearing | 0.70 375.00/hr | 262.50 |
|  | CB | Finished preparing for motion to assume the lease | 0.50 375.00/hr | 187.50 |
|  | CB | Receipt and review of marked up Order, post-hearing, from CenterPoint.  Email response with suggested changes.  Call with client to discuss hearing results and upcoming hearing in December regarding fees and late charges | 0.50 375.00/hr | 187.50 |
| 11/1/2017 | CB | Emls with staff and R. Nies regarding wire transfer and not receiving November's rent.  Eml to Zo | 0.30 375.00/hr | 112.50 |
| 11/2/2017 | CB | Receipt and review of tracking information.  Email to LL's attorney with the same | 0.10 375.00/hr | 37.50 |
| 11/6/2017 | AS | Completed Draft of Invoice for Client.  Handed to Chris for review. | 0.10 150.00/hr | NO CHARGE |
|  | CB | Reviewed TS for Fee Application.  Discussed no charges and other changes with AS | 0.50 375.00/hr | NO CHARGE |
|  | CB | Reviewed and executed Confidentiality Agreement, scanned, and returned to R. Nies via email | 0.20 375.00/hr | 75.00 |
| 11/7/2017 | AS | Completed Fee Application | 1.00 150.00/hr | 150.00 |
|  |  | For professional services rendered | 183.70 | $41,028.75 |
|  |  | Additional Charges : |  |  |
| 3/17/2017 | Postage |  |  | 15.41 |
|  | Postage |  |  | 6.77 |
| 3/21/2017 | Filing Fee |  |  | 31.00 |
| 3/22/2017 | Federal Express sent 13 |  |  | 250.31 |
| 3/28/2017 | Filing Fee |  |  | 1,717.00 |
| 4/3/2017 | Postage |  |  | 14.07 |
|  | Postage |  |  | 6.56 |

J Cioffi Leasing & Trucking, Inc.                                                    Page    26

|  |  | Amount |
|---|---|---|
| 4/5/2017 | Parking and/or Tolls- | 10.00 |
| 4/20/2017 | Parking and/or Tolls | 18.10 |
| 5/16/2017 | Parking and/or Tolls- | 18.90 |
| 5/19/2017 | Court Solutions | 70.00 |
| 7/13/2017 | Postage | 14.74 |
| 8/29/2017 | Federal Express sent | 17.90 |
|  | Total costs | $2,190.76 |
|  | Total amount of this bill | $43,219.51 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| CB - Christopher Balala, Esq. | 53.70 | 375.00 |
| CB - Christopher Balala, Esq. | 11.60 | 187.50 |
| CB - Christopher Balala, Esq. | 0.50 | 0.00 |
| DES. - David E Sklar, Esq | 12.90 | 375.00 |
| DES. - David E Sklar, Esq | 2.90 | 187.50 |
| AS - Alex Scolavino - Paralegal | 18.60 | 150.00 |
| AS - Alex Scolavino - Paralegal | 1.40 | 0.00 |
| CM - Carlos Martinez - Paralegal | 69.80 | 150.00 |
| CM - Carlos Martinez - Paralegal | 11.30 | 0.00 |
| JBE - John B Esposito - Paralegal | 0.50 | 150.00 |
| TA - Tami Arce - Paralegal | 0.50 | 0.00 |