**Scura, Wigfield, Heyer, Stevens & Cammarota, LLP**
1599 Hamburg Tpk
Wayne, NJ 07470
973-696-8391
973-696-8571

Invoice submitted to:
J Cioffi Leasing & Trucking, Inc.
Joseph Cioffi
60-62 Minue Street
Carteret, NJ 07008

May 9, 2018

Case #  80123 has X file

Invoice #44448

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/8/2017 | AS | Filing and Service of Fee Application | 0.90 150.00/hr | 135.00 |
| | AS | Review of Email. No September MOR.  Email to Tony and Zohaib for MOR | 0.10 150.00/hr | NO CHARGE |
| 11/9/2017 | AS | Updated Excel Sheet for Budget Cash Flow. Emailed to Zohaib to complete | 0.20 150.00/hr | 30.00 |
| 11/10/2017 | AS | Review of September 2017 MOR. | 0.20 150.00/hr | 30.00 |
| | AS | Registered Status Conference for Telephonic Apperance via Court Solutions. | 0.10 150.00/hr | NO CHARGE |
| 11/13/2017 | CB | Reviewed and revised Sept. MOR. To AS to have client review and execute | 0.40 375.00/hr | 150.00 |
| | DES | Communication within firm concerning case issues and strategy concerning US Trustee | 0.20 375.00/hr | 75.00 |
| | AS | Corrected Cash Collateral Order adding Month 8 Projected and description.  Emailed to Chris | 0.20 150.00/hr | 30.00 |
| | CB | Review of proposal from Columbia regarding term-out of matured loan.  Email to client with the same | 0.20 375.00/hr | 75.00 |
| | CB | Review of email regarding UST challenging our Fee App. Responded accordingly with resolution.  Email to AS to amend the Order | 0.30 375.00/hr | 112.50 |

J Cioffi Leasing & Trucking, Inc.

Page    2

| Date | | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 11/13/2017 | CB | Receipt and review of updated budget in advance of Cash Collateral hearing, revised, and circulated to parties | 0.30 375.00/hr | 112.50 |
| 11/14/2017 | CB | Court appearance (telephonic) on Status Conference and Cash Collateral | 0.50 375.00/hr | 187.50 |
| | AS | Corrected September MOR in regards to incorrect and missing boxes check and or values. Emailed to Zohaib for signature. | 0.20 150.00/hr | NO CHARGE |
| | CB | Drafted Interim Cash Collateral Order and emailed to Chambers and interested parties, in accordance with today's hearings | 0.20 375.00/hr | 75.00 |
| 11/16/2017 | AS | Filed September MOR | 0.10 150.00/hr | NO CHARGE |
| 11/17/2017 | AS | Corrected order to be submitted to chambers for fee app. Emailed CHambers for entry. | 0.30 150.00/hr | 45.00 |
| 11/22/2017 | CB | Eml with UST and discussion with AS regarding issues with accountant fee app order | 0.20 375.00/hr | 75.00 |
| | AS | Communication with Jeffrey Sponder regarding Objection to Fee Application for CPA.  Email to CPA with needed changes. | 0.40 150.00/hr | 60.00 |
| | AS | Communication with CPA regarding Fee Application. | 0.30 150.00/hr | 45.00 |
| 11/27/2017 | CB | Eml from Columbia Bank regarding not hearing from the Debtor regarding modification of secured loan agreement.  Email to Zo for status of Joe | 0.10 375.00/hr | NO CHARGE |
| | CB | Eml with J. Sponder, Esq. (UST) regarding status of Order on Accountant being corrected | 0.10 375.00/hr | 37.50 |
| 11/30/2017 | AS | Obtained Updated Invocies.  Responded to Jeffrey Sponder regarding informal objections to CPA's Fee App. | 0.30 150.00/hr | 45.00 |
| | DES | Communication within firm concerning case status and strategy | 0.10 375.00/hr | NO CHARGE |
| 12/1/2017 | AS | Registered Motion to Assume Lease for Telephonic Conference | 0.20 150.00/hr | 30.00 |
| | DES | Review billing in preparation for opposition to motion | 0.30 375.00/hr | 112.50 |
| | AS | Email to CHambers for Motion under Seal | 0.10 150.00/hr | 15.00 |

J Cioffi Leasing & Trucking, Inc.                                                                                          Page       3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2017 | CB | Telephone call with client to discuss settlement on Additional Cure Amount as well as health issues | 0.20 375.00/hr | 75.00 |
|  | CB | Eml with Zo regarding status of December Rent and sending proof of the same | 0.10 375.00/hr | NO CHARGE |
|  | CB | Receipt of UST payment, forward to UST | 0.10 375.00/hr | 37.50 |
|  | CB | Emails with R. Nies and review of his billings regarding objecting to Addt'l Cure Amount | 1.00 375.00/hr | 375.00 |
|  | CB | Review of case law on postpetition interest on prepetition debt and retainer agreements | 1.00 375.00/hr | 375.00 |
|  | CB | Began drafting Motion to fix the additional cure amount and motion to seal the record | 0.50 375.00/hr | 187.50 |
| 12/4/2017 | CB | Drafted Motion for Entry of an Order Fixing Additional Cure Amount and Motion for Entry of an Order Concerning Seal the Record. Attended to filing of the same | 3.40 375.00/hr | 1,275.00 |
|  | AS | Filed Motion to Fix Additional Cure Amount, and Motion for Sealed Documents | 0.60 150.00/hr | 90.00 |
|  | AS | Service of Motion fixing Additional Cure Amount and Motion for Sealed Documents | 0.80 150.00/hr | 120.00 |
|  | AS | Email Correspondence with Tony Burno regarding Fee Applicaition due to Trustee's Objection | 0.30 150.00/hr | 45.00 |
| 12/5/2017 | CB | Eml with LL's counsel regarding Dec. Rent, tracking, and proof | 0.10 375.00/hr | NO CHARGE |
|  | CB | Court appearance (telephonic) on Motion for Additional Cure Amount/Motion to Assume | 0.50 375.00/hr | 187.50 |
|  | AS | Service of Sealed Document Via Fed Ex to Courthouse | 0.20 150.00/hr | 30.00 |
| 12/6/2017 | AS | Communication with Tony Bruno regarding Fee Application | 0.20 150.00/hr | 30.00 |
|  | AS | Email to Jeffrey Sponder regarding updated Invoice for Fee Application | 0.10 150.00/hr | NO CHARGE |
| 12/7/2017 | AS | Filed Updated Descriptive Invoice for Tony Burno. Saved to server and emailed Entered Order to CPA for collection efforts. | 0.20 150.00/hr | 30.00 |

J Cioffi Leasing & Trucking, Inc.                                                                    Page     4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/12/2017 | CB | Eml to Zo regarding LL's offer to settle and needing updated budget for CC hearing | 0.10 375.00/hr | 37.50 |
| 12/14/2017 | AS | Updated Cash Flow Budget as per 8th Interim order | 0.20 150.00/hr | 30.00 |
|  | CB | Receipt and review of amended budget, in advance of CC hearing, scheduled for Tuesday.  Discussed revisions with AS to format | 0.30 375.00/hr | 112.50 |
| 12/15/2017 | AS | Completed Revision and addtioions of additional columns to Proposed Exhibit for Cash Collateral order (8th) | 1.00 150.00/hr | 150.00 |
|  | AS | Requested Telephonic Apperance for Cash Collateral Hearing and Status Conference 12/19/17 at 2pm | 0.20 150.00/hr | 30.00 |
| 12/18/2017 | CB | Mandatory telephone call with Judge and R. Nies and B. Gordon to discuss Additional Cure Amount as well as upcoming Status Conf. and CC hearings | 0.50 375.00/hr | 187.50 |
| 12/19/2017 | AS | Review of October MOR.  Emailed to Client for signature. | 0.40 150.00/hr | 60.00 |
|  | AS | Review of November MOR. Redaction. | 0.20 150.00/hr | NO CHARGE |
| 12/21/2017 | CB | Drafted Order Continuing Cash Collateral and adjourning that hearing and status conference.  Email to Chambers and interested parties | 0.30 375.00/hr | 112.50 |
| 12/22/2017 | CB | Reviewed MORs for Oct. and Nov.  Email with J. Sponder (UST) | 0.40 375.00/hr | 150.00 |
|  | CB | Telephone call with client regarding counteroffer to Additional Cure Amount.  Email to R. Nies, Esq. to convey offer | 0.30 375.00/hr | 112.50 |
|  | AS | Filing of October and November 2017 MOR | 0.40 150.00/hr | 60.00 |
| 12/27/2017 | CB | Eml with R. Nies re: status of his client accepting courtoffer | 0.10 375.00/hr | NO CHARGE |
| 12/28/2017 | CM | Spoke to Chris re: settlement of default charges and attorneys fees. Spoke to client about the same. | 0.20 150.00/hr | 30.00 |
|  | CM | Spoke to Chris re: settlement of default charges and attorneys fees. Spoke to client about the same. Calculated new offer and forwarded to Chris B for review. | 0.50 150.00/hr | 75.00 |
|  | CM | Spoke to Chris B re: status of settlement with Centerpoint. Calculated new settlement amounts | 0.20 150.00/hr | 30.00 |

J Cioffi Leasing & Trucking, Inc.                                                                 Page      5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/28/2017 | CB | Eml discussion with R. Nies, Esq. before and after discussing with client through CM settling Additional Cure Amount | 0.20 375.00/hr | NO CHARGE |
| 12/29/2017 | CM | Spoke to Chris B and client re: settlement agreement with Centerpoint. | 0.40 150.00/hr | 60.00 |
|  | CB | Telephone call with CM to discuss client's position regarding settling case | 0.30 375.00/hr | 112.50 |
|  | CB | Emls with R. Nies and Chambers regarding settlement of Additional Cure Amt | 0.20 375.00/hr | 75.00 |
| 1/2/2018 | AS | Communication with Tony Bruno regarding Fee Application and future fees. | 0.20 150.00/hr | 30.00 |
|  | CB | Recvd call from Chambers requesting Motion to Seal be withdrawn. Attended to the same | 0.10 375.00/hr | 37.50 |
|  | AS | Drafted Status Change Form for withdrawal of Motion to Seal Documents. Filed and saved to server. | 0.30 150.00/hr | 45.00 |
|  | DES | Communication within firm concerning case status and strategy | 0.10 375.00/hr | NO CHARGE |
|  | CB | Eml to R. Nies regarding specifics of Order to be submitted for Additional Cure Amount and discuss staggered due date for monthly remittance of the same | 0.10 375.00/hr | 37.50 |
| 1/3/2018 | CB | Eml to client for status of January Rent | 0.10 375.00/hr | 37.50 |
|  | CB | Telephone call with R. Nies, Esq. to discuss terms of settlement of Additional Cure Amount | 0.30 375.00/hr | 112.50 |
| 1/5/2018 | DES | Communication within firm concerning case strategy for upcoming motion and overall case strategy | 0.30 375.00/hr | 112.50 |
|  | AS | Drafted Motion to Extend Time to File Plan and Application to Shorten Time and Proposed Order | 1.30 150.00/hr | 195.00 |
|  | CB | Revised Order for Additional Cure Amount and emailed to adversary | 0.30 375.00/hr | 112.50 |
|  | AS | Began Drafting Exhibits for Chapter 11 Plan | 1.20 150.00/hr | 180.00 |
| 1/8/2018 | CB | Eml with client regarding reasoning behind Additional Cure Amount being due on the 15th begin. Jan. | 0.10 375.00/hr | NO CHARGE |

J Cioffi Leasing & Trucking, Inc.                                                    Page      6

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/8/2018 | AS | Completed Exhibit F - Liquidation Analysis. | 0.60<br>150.00/hr | 90.00 |
| | AS | Email to Zohaib regarding signature of Chapter 11 Plan | 0.10<br>150.00/hr | 15.00 |
| | DES | Communication within firm concerning plan strategy | 0.10<br>375.00/hr | NO CHARGE |
| | GJG | Review and revise plan of reorganization. Discuss with lead counsel C.Balala | 1.20<br>375.00/hr | 450.00 |
| | AS | Review of Cash Flow Analysis with Christopher.  Made necessary changes as per Chris' request. | 0.40<br>150.00/hr | 60.00 |
| | AS | Corrected Cash Flow Analysis one last time to include Cam and Accountants Fees.  Emailed to Zohaib for Joe to sign. | 0.20<br>150.00/hr | 30.00 |
| | CM | Spoke to Chris B re: drafting of plan and other bankruptcy related items. | 0.20<br>150.00/hr | 30.00 |
| | CM | Went through client's server file and began drafting chapter 11 plan. | 4.50<br>150.00/hr | 675.00 |
| | AS | Filing of Chapter 11 Plan and Disclosure Statement with Exhibits. Saved to server thereafter. | 0.70<br>150.00/hr | 105.00 |
| | CB | Reviewed and revised Plan and Disclosure Statement and Exhibits. | 2.60<br>375.00/hr | 975.00 |
| 1/9/2018 | AS | Communication with Joseph regarding Chapter 11 Plan and Cash Flow and Liquidation Analysis | 0.20<br>150.00/hr | 30.00 |
| | AS | Communication with Chris Balal informing him of CHapter 11 Plan discussion with Joseph and to call client. | 0.10<br>150.00/hr | NO CHARGE |
| 1/10/2018 | CB | Telephone call with Joe regarding Plan structure and seeking discharge of certain debts.  Email to client with creditor list for his review as per request | 0.30<br>375.00/hr | 112.50 |
| 1/15/2018 | AS | Service of Chapter 11 Plan and Disclosure Statement, Including Entered Order and Ballots. | 2.70<br>150.00/hr | 405.00 |
| 1/16/2018 | AS | Applied Postage too All Mailing in conjuction with Plan to Creditors. | 0.40<br>150.00/hr | 60.00 |
| 1/19/2018 | CB | Eml from R. Nies re: no Additional Cure Payment being made.  Eml to Zo | 0.10<br>375.00/hr | NO CHARGE |

J Cioffi Leasing & Trucking, Inc.

Page    7

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/22/2018 | AS | Made necessary changes to 9th Interim Order for Cash Collateral. | 0.60<br>150.00/hr | 90.00 |
| | CB | Reviewed of revised cash collateral budget.  Email to all parties with the same | 0.30<br>375.00/hr | 112.50 |
| 1/23/2018 | AS | Forwarded Proposed Budget Order to chambers. | 0.10<br>150.00/hr | 15.00 |
| | CB | Telephone call with B. Gordon, Esq., on behalf of Columbia Bank, to discuss cash collateral extension | 0.30<br>375.00/hr | 112.50 |
| | CB | Court appearance (telephonic) at Status Conference and Cash Collateral Hearing | 0.40<br>375.00/hr | 150.00 |
| | AS | Amended Cash Budget for Cash Collateral to include Additional Cure Payment | 0.30<br>150.00/hr | 45.00 |
| 1/24/2018 | AS | Amended Budget Cash Flow.  Saved to server and forwarded to Chris for email to Chambers. | 0.10<br>150.00/hr | NO CHARGE |
| 2/8/2018 | CM | Spoke to CB re: amendment of plan. | 0.10<br>150.00/hr | NO CHARGE |
| | CM | Spoke to Chris B and David Sklar re: amendment of chapter 11 plan. Made changes to plan as requested by CB. Made additional notes and forwarded Plan to CB for final review. Directed Alex S to make certain changes to schedules. | 3.10<br>150.00/hr | 465.00 |
| | DES | Communication within firm concerning plan strategy and review of case documentation for same | 0.40<br>375.00/hr | 150.00 |
| | CM | Spoke to Chris B and David Sklar re: amendment of chapter 11 plan and issue of new value. | 0.20<br>150.00/hr | NO CHARGE |
| | AS | Review of Plan.  Calculated Unsecured and Secured Claim Amounts. Adjusted Schedules and Exhibits for Modified Plan. | 0.70<br>150.00/hr | 105.00 |
| | CB | Reviewed and revised Mod Plan and necessary exhibits | 0.70<br>375.00/hr | 262.50 |
| 2/9/2018 | CM | Made additional changes to cash flow budget. Finalized budget and prepared for filing | 2.30<br>150.00/hr | 345.00 |
| | CM | Proof read chapter 11 plan. Made additional changes as per request of Chris B. Finalized plan and exhbits. Filed all documents with court. | 1.30<br>150.00/hr | 195.00 |
| 2/12/2018 | AS | Review of Amended Plan and Exhibits filed. | 0.10<br>150.00/hr | 15.00 |

J Cioffi Leasing & Trucking, Inc.

Page    8

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/13/2018 | CB | Eml to client to advise of delinquent UST Fees | 0.10<br>375.00/hr | NO CHARGE |
| | AS | Communication with Court regarding Order Approving Disclosure Statement to be entered. | 0.10<br>150.00/hr | 15.00 |
| 2/14/2018 | AS | Communication with Zohaib regarding signature of Modified Plan as well as review of Entered Order on Disclosure Statement. | 0.30<br>150.00/hr | 45.00 |
| | AS | Communication within firm regarding adjourning Confirmation hearing and Disclosure Statement. | 0.10<br>150.00/hr | 15.00 |
| | CM | Spoke to Alex S. re: adjournment of chapter 11 plan confirmation and application to extend time to confirm plan. | 0.30<br>150.00/hr | 45.00 |
| | CM | Spoke to Alex S. re: adjournment of chapter 11 plan confirmation and application to extend time to confirm plan. | 0.50<br>150.00/hr | 75.00 |
| | AS | Completed Motion, Proposed Order and Certification from J. Cioffi regarding Motion to Extend Time to Confirm Plan | 1.50<br>150.00/hr | 225.00 |
| 2/16/2018 | CB | Revisions to Motion to Extend Time to Confirm the Plan | 0.40<br>375.00/hr | 150.00 |
| 2/19/2018 | CB | Preparation with GG for tomorrow's Confirmation appearance and request for extension of time | 0.30<br>375.00/hr | 112.50 |
| 2/20/2018 | AS | Placed Staples Order for Motion to Extend Time to Confirm Plan as well as Chapter 11 Amended Plan to be printed | 0.50<br>150.00/hr | 75.00 |
| | GJG | Travel to confirmation hearing (split with other client). | 2.20<br>187.50/hr | 412.50 |
| | GJG | Appearance and attendance at confirmation hearing, and argue before Judge. | 1.00<br>375.00/hr | 375.00 |
| 2/21/2018 | GJG | Meeting with lead attorney C.B. to discuss confirmation hearing. | 0.10<br>375.00/hr | NO CHARGE |
| 2/22/2018 | AS | Obtained Staples package of Amended Chapter 11 Plan | 1.00<br>150.00/hr | 150.00 |
| | AS | Communication with Chambers regarding Confirmation Hearing Date and extension of deadline to file plan. | 0.20<br>150.00/hr | 30.00 |
| | CB | Discussion with AS regarding revised Order Extending Time to Confirm Plan that is needed as well as modified Disclosure Order | 0.30<br>375.00/hr | 112.50 |
| 2/23/2018 | AS | Review of Email from Zohaib, and phone call to chambers for Order on Joint Disclosure Statement | 0.10<br>150.00/hr | NO CHARGE |

J Cioffi Leasing & Trucking, Inc.                                                                    Page      9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/26/2018 | AS | Communication with Court regarding new Joint Scheduling Order. | 0.10 150.00/hr | 15.00 |
|  | AS | Email to Zohaib for Budget Cash Flow Analysis for Month. | 0.10 150.00/hr | 15.00 |
|  | AS | Obtained Consent from Court for Telephonic Appearance. Scheduled on Court-Solutions. | 0.20 150.00/hr | NO CHARGE |
|  | CB | Reviewed Scheduling Order on Modified Disclosure Statement | 0.20 375.00/hr | 75.00 |
|  | AS | Communication with Joseph regarding Added Creditors and Zohaib completing Cash Collateral order | 0.20 150.00/hr | 30.00 |
|  | CB | Telephone call with Gian from CMG Chambers regarding Judge being unavailable and new date for CC Hearing.  Email to B. Gordon as per Gina's request to advise of the same | 0.30 375.00/hr | 112.50 |
|  | AS | Updated 10th Budget Cash Flow. Sent to Chris after pdf'ing for circulation to Creditors. | 0.40 150.00/hr | 60.00 |
| 3/1/2018 | AS | Drafted Ballots for Amended Chapter 11 Plan or Reorganization | 0.60 150.00/hr | 90.00 |
| 3/2/2018 | AS | Service of Chapter 11 Plan | 1.00 150.00/hr | 150.00 |
| 3/8/2018 | CB | Eml with B Gordon regarding approving of budget and submitting CC Order | 0.10 375.00/hr | 37.50 |
|  | AS | Emailed Tenth Order for Continued Use of Cash Collateral. | 0.20 150.00/hr | 30.00 |
| 3/12/2018 | CB | Eml from Trustee regarding status of UST Quarterly Fees.  Email to client contact re: the same | 0.10 375.00/hr | NO CHARGE |
|  | AS | Saved Entered Ballot into Folder. | 0.10 150.00/hr | 15.00 |
| 3/13/2018 | CB | Eml from R. Nies regarding delinquent rent and additional cure payments.  Email to client for status of same | 0.20 375.00/hr | 75.00 |
| 3/14/2018 | CB | Eml w/ AS regarding adj. CC hearing to 4/10 | 0.10 375.00/hr | 37.50 |
|  | AS | Drafted Adjournment Request and emailed Chambers for Consent to Adjourn Cash Collateral Hearing Date. | 0.30 150.00/hr | 45.00 |

J Cioffi Leasing & Trucking, Inc.                                                                    Page    10

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/19/2018 | CB | Eml from LL's counsel regarding delinquent March Rent and Addt'l Cure payment being due tomorrow.  Eml to client to find out status of same | 0.10 375.00/hr | 37.50 |
| 3/27/2018 | DES | Communication within firm concerning upcoming case issues and upcoming plan strategy | 0.30 375.00/hr | 112.50 |
| | AS | Review of Case with Guillermo and David Sklar. | 0.20 150.00/hr | NO CHARGE |
| | GJG | Review Plan of Reorganization, send adjournment request to creditor counsel/US Trustee Office, and send emails to creditor counsel concerning ballots. | 0.70 375.00/hr | NO CHARGE |
| | AS | Review of MOR's to ensure Plan is approvable. | 0.20 150.00/hr | 30.00 |
| 3/28/2018 | AS | Drafted Application for Extension of Deadline to Confirm Plan. Drafted COS and filed via ECF after reviewing with Guillermo. | 0.90 150.00/hr | 135.00 |
| | AS | Drafted Adjournment Request for Confirmation hearing.  Saved to server and emailed to chambers. Phone Call to Chambers in regards to Adj and App for Ext. | 0.30 150.00/hr | 45.00 |
| | DES | Communication within firm concerning motion to be filed and case strategy | 0.20 375.00/hr | 75.00 |
| | AS | Communication with Zohaib and Accountant regarding Cash Collateral Order | 0.20 150.00/hr | 30.00 |
| | AS | Review of Ballots.  Saved to server and printed in order to place into the folder. | 0.20 150.00/hr | 30.00 |
| | AS | Drafted Motion to Extend Time to Confirm Deadline to Confirm Plan and Application on Shorten Time. | 0.80 150.00/hr | 120.00 |
| | GJG | Call with secured creditors counsel to discuss confirmation. | 0.20 375.00/hr | 75.00 |
| | GJG | Call with Accountant for Debtor to discuss MORs | 0.20 375.00/hr | 75.00 |
| 3/29/2018 | DES | Communication within firm concerning plan strategy | 0.10 375.00/hr | NO CHARGE |
| | GJG | Review motion extending time to confirm case. | 0.20 375.00/hr | 75.00 |
| | GJG | Communicate with client concerning payment of rent and cure amount | 0.20 375.00/hr | NO CHARGE |

J Cioffi Leasing & Trucking, Inc.                                                                      Page    11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/29/2018 | AS | Corrections to Motion to Extend Time.  Filed and communication with Chambers regarding Motion. | 1.40 150.00/hr | 210.00 |
|  | AS | Service of Motion to Extend Time to Confirm Plan via Telephone and Overnight Mail | 1.40 150.00/hr | 210.00 |
|  | GJG | Call with client to discuss rent payments. | 0.20 375.00/hr | 75.00 |
|  | AS | Communication with Margaret Rogalli regarding ballot | 0.10 150.00/hr | 15.00 |
| 4/2/2018 | DES | Communication within firm concerning case status and motion strategy | 0.10 375.00/hr | NO CHARGE |
|  | GJG | Phone call with Landlord counsel concerning back rent. | 0.20 375.00/hr | 75.00 |
|  | GJG | review of counsel opposition to Motion to extend time to confirm a plan. | 0.20 375.00/hr | 75.00 |
| 4/3/2018 | AS | Review of Lease Agreement and Opposition to Motion to Extend Time to Confirm Plan by CenterPointMinue | 0.20 150.00/hr | 30.00 |
|  | AS | Review of MOR's with Guillermo and communication with Guillermo in regards to Cash Collateral Exhibit | 0.30 150.00/hr | 45.00 |
|  | GJG | Review case motions, MORs, prepare arguments for today's hearings, and email the client concerning issues with confirmation of case. | 1.00 375.00/hr | 375.00 |
|  | DES | Communication within firm concerning hearing outcome and case strategy | 0.20 375.00/hr | NO CHARGE |
|  | GJG | Appearance and attendance at hearing to extend time to confirm case | 1.00 375.00/hr | 375.00 |
| 4/5/2018 | AS | Corrected Draft of April and May 2018 Budgets for 11th Interim order. | 0.20 150.00/hr | 30.00 |
|  | AS | Drafted 11th Budget utilizing old Budget Chris was using due to complications with the opposing counsel accepting Guillermos budget. | 0.30 150.00/hr | 45.00 |
| 4/6/2018 | GJG | Email to client concerning payment of rent | 0.10 375.00/hr | NO CHARGE |
|  | AS | Drafting of Cash Collateral Order for 11 Interim Order.  Drafted One for Columbia and One for Court. | 0.60 150.00/hr | 90.00 |

J Cioffi Leasing & Trucking, Inc.                                                    Page    12

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/6/2018 | AS | Emailed Chambers the Updated 11th Budget Cash Flow Exhibit and Eleventh Order for Entry. | 0.30 150.00/hr | 45.00 |
| 4/9/2018 | AS | Communication with Chambers regarding Eleventh order Continuing Cash Collateral Order. | 0.10 150.00/hr | 15.00 |
| 4/10/2018 | GJG | Communicate with client concerning rent payments. | 0.20 375.00/hr | 75.00 |
| 4/12/2018 | DES | Communication within firm concerning case strategy and idea to explore | 0.10 375.00/hr | NO CHARGE |
| 4/13/2018 | GJG | Call with potential purchaser of the entity. | 0.20 375.00/hr | 75.00 |
| | DES | Communication within firm concerning case strategy | 0.10 375.00/hr | 37.50 |
| | GJG | Call with client to discuss potential sale | 0.20 375.00/hr | 75.00 |
| | GJG | Call with potential purchaser of the company. | 0.50 375.00/hr | 187.50 |
| 4/16/2018 | DES | Communication within firm concerning case status and strategy | 0.10 375.00/hr | NO CHARGE |
| 4/17/2018 | AS | Drafted Certification of Balloting and Debtors Declaration in Support for Chapter 11 Plan Confirmation. | 0.90 150.00/hr | 135.00 |
| | AS | Review of March 2018 MOR | 0.20 150.00/hr | 30.00 |
| 4/18/2018 | AS | Review and Redaction of December 2017 MOR. | 0.30 150.00/hr | 45.00 |
| | AS | Review and Redaction of January 2018 through march 2018 MOR | 1.00 150.00/hr | 150.00 |
| | AS | Filing of December 2017 through March 2018 MOR's | 0.30 150.00/hr | 45.00 |
| | GJG | Communicate with client concerning sale of business. | 0.20 375.00/hr | NO CHARGE |
| 4/23/2018 | GJG | Review and revise balloting and certification of declaration. Send to client for signature. | 0.50 375.00/hr | 187.50 |
| | DES | Communication within firm concerning case strategy | 0.40 375.00/hr | 150.00 |

J Cioffi Leasing & Trucking, Inc.                                                                    Page    13

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/23/2018 | GJG | Call with client to discuss Chapter 11 feasibility. | 0.30 375.00/hr | 112.50 |
| | GJG | Communicate with a potential purchaser of the business. | 0.30 375.00/hr | 112.50 |
| 4/24/2018 | GJG | request confirmation adjournment. | 0.20 375.00/hr | 75.00 |
| 4/25/2018 | AS | Obtained all MOR's for Mr.Ferrara to review in order to see actual data prior to making purchase offer. | 0.20 150.00/hr | 30.00 |
| | GJG | Call with client to discuss April's rent. | 0.30 375.00/hr | NO CHARGE |
| | AS | Drafted Adjournment Request and Emailed to Guillermo for review. | 0.20 150.00/hr | 30.00 |
| | GJG | Communicate with all parties concerning adjournment of confirmation. Draft extensive email to all parties. | 0.40 375.00/hr | 150.00 |
| | DES | Communication within firm concerning case strategy | 0.10 375.00/hr | 37.50 |
| | AS | Emailed Adjournment Request to Chambers for execution and entry into the docket. | 0.20 150.00/hr | 30.00 |
| | GJG | Draft several email communications with the Court and  creditors concerning this matter. | 0.30 375.00/hr | 112.50 |
| 4/26/2018 | GJG | Communicate with potential purchaser and client concerning inspection. | 0.20 375.00/hr | 75.00 |
| | DES | Communication within firm concerning case strategy and sale strategy | 0.10 375.00/hr | NO CHARGE |
| 4/30/2018 | GJG | Draft letter to Court concerning status conference tomorrow. | 0.30 375.00/hr | 112.50 |
| | AS | Review of Letter regarding Status Conference and Update on possible sale. | 0.40 150.00/hr | 60.00 |
| | GJG | Communicate with client concerning April rent and email assistant | 0.20 375.00/hr | NO CHARGE |
| 5/1/2018 | DES | Communication within firm concerning case status and strategy | 0.20 375.00/hr | 75.00 |
| | GJG | Travel to confirmation and status conference (split with other client) | 1.80 187.50/hr | 337.50 |

J Cioffi Leasing & Trucking, Inc.                                                                Page     14

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/1/2018 | GJG | Appearance and attendance at status conference and confirmation. | 1.20 375.00/hr | 450.00 |
|  | GJG | Several calls with the Debtor's principal and purchasers of the business. | 0.30 375.00/hr | 112.50 |
| 5/2/2018 | DLS | Conference with assoicate concerning 363 sale and difficulities demonstrating feasibility. | 0.30 425.00/hr | 127.50 |
| 5/3/2018 | GJG | Email with landlord counsel to discuss payment | 0.20 375.00/hr | 75.00 |
|  | GJG | Communicate with client concerning sale of buisness | 0.20 375.00/hr | NO CHARGE |
| 5/8/2018 | AS | Obtained Chapter 11 Plan and All corresponding POC's. Forwarded to Mr.Katz to review secured and unsecured debts. | 0.20 150.00/hr | 30.00 |
|  | AS | Email to Nick Ferrara, potential buyer, for status update in regards to purchasing business. | 0.10 150.00/hr | 15.00 |
|  | DES | Communication within firm concerning case straegy | 0.20 375.00/hr | 75.00 |
|  | GJG | Call with client to discuss sale of business. | 0.30 375.00/hr | 112.50 |
| 5/9/2018 | GJG | Communicate with with Ferrara International concerning potential purchase of the business. | 0.20 375.00/hr | 75.00 |
|  | GJG | Communicate with landlord counsel concerning hearing on Tuesday | 0.20 375.00/hr | 75.00 |
|  | AS | Communication within firm regarding Cash Collateral Order. Review of Exhibit and email to Zohaib in order to get Actual numbers for April and Projected Income for June | 0.30 150.00/hr | 45.00 |
|  | GJG | Review billing for submission to the Court | 0.40 375.00/hr | NO CHARGE |
|  | GJG | Discuss case collateral with paralegal. | 0.20 375.00/hr | 75.00 |
|  |  | For professional services rendered | 93.30 | $20,745.00 |
|  |  | Additional Charges : |  |  |
| 11/8/2017 | Postage |  |  | 38.22 |

J Cioffi Leasing & Trucking, Inc.                                                                                    Page    15

|  |  | Amount |
|---|---|---:|
| 11/8/2017 | Postage | 10.12 |
|  | Postage | 10.12 |
|  | Parking and/or Tolls- | 18.90 |
| 11/14/2017 | CourtSolutions, Judge Christine Gravelle | 70.00 |
| 12/4/2017 | Postage | 7.92 |
| 12/5/2017 | Federal Express sent | 18.21 |
| 1/16/2018 | Postage | 192.05 |
| 1/23/2018 | CourtSolutions LLC | 70.00 |
| 2/22/2018 | Staples' copies - | 238.41 |
| 3/2/2018 | Postage | 220.85 |
| 4/2/2018 | Federal Express sent 11 | 252.14 |
| 4/16/2018 | Federal Express sent 10 | 237.97 |
|  | Total costs | $1,384.91 |
|  | Total amount of this bill | $22,129.91 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---:|---:|
| DLS - David L. Stevens, Esq. | 0.30 | 425.00 |
| CB - Christopher Balala, Esq. | 18.80 | 375.00 |
| CB - Christopher Balala, Esq. | 1.00 | 0.00 |
| GJG - Guillermo J Gonzalez, Esq. | 11.60 | 375.00 |
| GJG - Guillermo J Gonzalez, Esq. | 4.00 | 187.50 |
| GJG - Guillermo J Gonzalez, Esq. | 2.40 | 0.00 |
| DES. - David E Sklar, Esq | 2.70 | 375.00 |
| DES. - David E Sklar, Esq | 1.00 | 0.00 |
| AS - Alex Scolavino - Paralegal | 36.20 | 150.00 |
| AS - Alex Scolavino - Paralegal | 1.50 | 0.00 |
| CM - Carlos Martinez - Paralegal | 13.50 | 150.00 |
| CM - Carlos Martinez - Paralegal | 0.30 | 0.00 |